CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 14 2019

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**SHERRAL M. CRAWLEY,**
**Plaintiff,**

v.

**FLUVANNA CORRECTIONAL CTR.**
**ADMINISTRATION,**
**Defendant(s),**

**Civil Action No. 7:19-cv-00013**

**MEMORANDUM OPINION**

**By:  Jackson L. Kiser**
**Senior United States District Judge**

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered January 9, 2019, the court directed plaintiff to submit within 20 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On February 6, 2019 plaintiff returned prisoner trust account report signed by the trust officer and statement for the month of December 2018. The court received a correspondence on February 6, 2019 from the plaintiff stating that they contacted another facility where they had been previously incarcerated to obtain the other required monthly statements and signed trust account form. The court gave the plaintiff an extension of 30 additional days for the financial information to be obtained and returned to the court by the plaintiff.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 14th day of March, 2019.

Senior United States District Judge